UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:19-CR-192 |
| | ) | |
| MATTHEW SPURLING | ) | |

**O R D E R**

Magistrate Judge C. Clifford Shirley filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Three of the Indictment; (2) accept Defendant's plea of guilty to Count Three of the Indictment, that is, of knowingly making a firearm, a shotgun, with a barrel less than eighteen (18) inches, in violation of Title 26, U.S.C. § 5822, 5861(f), and 5871; (3) adjudicate Defendant guilty of the charges set forth in Count Three of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter [R. 18]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [R. 18] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count Three of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count Three of the Indictment, that is, of knowingly making a firearm, a shotgun, with a barrel less than eighteen (18)

inches, in violation of Title 26, U.S.C. § 5822, 5861(f), and 5871, is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Three of the Indictment;

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **June 3, 2020, at 10:00 a.m.** before the Honorable Pamela L. Reeves, United States District Judge.

**SO ORDERED.**

**ENTER:**

*Pamela L. Reeves*
**CHIEF UNITED STATES DISTRICT JUDGE**